UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTON MICHAEL KUBICA, | Case No. 2:24-04852-PA (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |
| LEANNA LUNDY, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Motion for Relief from Judgment (Dkt. No. 7), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 12), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the time to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted (Dkt. No. 12); and

2. The Motion for Relief from Judgment (Dkt. No. 7) is denied.

DATED: May 7, 2025

_____
PERCY ANDERSON
United States District Judge